[No. 40491-5-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW COLT CHAPMAN, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 40600-4-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. CLEARY, *Appellant*.

*Reversed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Johanson, JJ.

[No. 40793-1-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAMARR DERRICK PARKER, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 40827-9-II. Division Two. January 31, 2012.]

*In the Matter of the Detention of* MANUEL LOPEZ, JR., *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.